**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**



Charles M. Caldwell
United States Bankruptcy Judge

**Dated: February 11, 2014**

_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | : | CASE NO.: 11-58292 |
| JAMES H. THOMPSON | : | CHAPTER 13 |
| DEBORAH K. THOMPSON | | |
| DEBTORS | : | JUDGE CALDWELL |

ORDER GRANTING
MOTION TO DECONSOLIDATE CHAPTER 13 CASE
(Rel. Doc. 84)

This matter is before the Court on the Motion of the Debtor, James H. Thompson, to deconsolidate the joint case of James H. and Deborah K. Thompson, but to allow for continued joint administration of claims. No party in interest filed any objection nor was any request for hearing made. The Court has reviewed the Motion and hereby sustains the same.

**IT IS, THEREFORE, ORDERED** that the case of James H. and Deborah K. Thompson is hereby deconsolidated as to case numbers; administration and distribution of claims are to continue as joint administration.

**IT IS SO ORDERED.**

**Copies to:** Default List

###