**This document has been electronically entered in the records of the United States Bankruptcy Court for the Southern District of Ohio.**

**IT IS SO ORDERED.**

**Dated: February 19, 2014**



Charles M. Caldwell
United States Bankruptcy Judge

_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION

In re:                                          :
                                                :
   **Deborah K. Thompson,**             :    **Case No. 11-58292**
                                                :    **Chapter 13**
          **Debtor.**         :    **Judge Charles M. Caldwell**
                                                :

### ORDER DISMISSING CHAPTER 13 CASE

      This matter comes before the Court upon the *Debtor's Motion to Voluntarily Dismiss Chapter 13 Case* filed by the Debtor Deborah K. Thompson on February 18, 2014 [Doc. No.92](the "Motion") under which the Debtor seeks to voluntarily dismiss her instant Chapter 13 case (the "Case"), and the Court, finding that the Motion is well taken, hereby GRANTS the Motion.

      **IT IS THEREFORE HEREBY ORDERED, ADJUDGED and DECREED** that the Debtor's Case is hereby dismissed.

      **IT IS SO ORDERED.**

*Copies to All Creditors and Parties in Interest*

###